### STATE

v.

### Vincent GIORDANO.

### No. 78–171–C.A.

Supreme Court of Rhode Island.

April 24, 1980.

Dennis J. Roberts II, Atty. Gen., James P. Renaldo, Faith A. LaSalle, Spec. Asst. Attys. Gen., for plaintiff.

Mark L. Smith, Woonsocket, for defendant.

### ORDER

The motion for counsel fee is granted and Mark L. Smith is awarded the sum of $770 for services rendered on behalf of defendant in the prosecution of this appeal and for costs.

### In re TRACY.

### In re WENDY.

### No. 78–368–A.

Supreme Court of Rhode Island.

April 24, 1980.

Corcoran, Peckham & Hayes, Kathleen Managhan, Newport, for petitioner.

Barbara Hurst, Stephen C. Bridge, Janice M. Weisfeld, Asst. Public Defenders, for respondent.

### ORDER

The motion of Charles and Ann Marie Gladding to dismiss this appeal is granted, provided, that if respondent's brief shall be filed on or before June 2, 1980, this appeal shall be automatically reinstated.